**No. 62558.**—Pacific Overseas, Inc., and Mattoon & Co., Inc. *v.* United States, protest 58/5321 (Los Angeles).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiffs was sustained.

**No. 62559.**—C. S. Emery & Company *v.* United States, protest 326279–K (St. Albans).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C. D. 1923), the claim of the plaintiff was sustained.

**No. 62560.**—William Shaland et al. *v.* United States, protests 327661–K, etc. (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of shell water flowers the same in all material respects as those the subject of Abstract 61346, except that the merchandise herein is in chief value of shell, the claim of the plaintiffs was sustained.